No. 01–7089. Valentin-Bernabe v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–7091. Cortez-Flores v. United States; Martinez-Ortega v. United States; and Pineda-Benitez v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 273 F. 3d 1103 (first and second judgments) and 1104 (third judgment).

No. 01–7100. Ortiz-Gonzalez v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–7102. Willocks v. United States. C. A. 11th Cir. Certiorari denied.

No. 01–7106. Aponte v. United States. C. A. 6th Cir. Certiorari denied.

No. 01–7108. Spann v. United States. C. A. 3d Cir. Certiorari denied.

No. 01–7111. Reyes-Torres v. United States. C. A. 11th Cir. Certiorari denied.

No. 01–7112. Webb v. United States. C. A. 11th Cir. Certiorari denied.

No. 01–7117. Jennings v. Florida. Sup. Ct. Fla. Certiorari denied.

No. 01–7118. Ramirez-Rodriguez v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–7121. Marin-Cardona v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–7122. Cole v. United States. C. A. 8th Cir. Certiorari denied.

No. 01–7123. Christian v. United States. C. A. 4th Cir. Certiorari denied.

No. 01–7126. McLean v. United States. C. A. 4th Cir. Certiorari denied.

No. 01–7132. Rega v. United States. C. A. 2d Cir. Certiorari denied.